## TRANSMITTAL SHEET TO U.S. DISTRICT COURT

TO: CLERK, U.S. DISTRICT COURT

FROM: U.S. BANKRUPTCY COURT

DATE: February 1, 2007

FILED
FEB -1 2007
CLERK

TYPE OF PROCEEDING: Notice of Appeal

IN RE: Tri-State Ethanol Company, LLC, Debtor

COUNTY CODE: Roberts (46109)

BANKRUPTCY CASE NO. 03-10194

| | |
|---|---|
| APPELLANT:<br>Tri-State Financial, LLC | ATTORNEY FOR APPELLANT:<br>Jerrold L. Strasheim<br>1500 Woodmen Tower<br>Omaha, NE 68102 |
| | ATTORNEY FOR APPELLANT<br>Terry N. Prendergast<br>PO Box 1728<br>Sioux Falls, SD 57101-1728<br>605-331-2975 |
| APPELLEE:<br>Trustee John S. Lovald | ATTORNEY FOR APPELLEE:<br>Patrick T. Dougherty<br>PO Box 1004<br>Sioux Falls, SD 57101-1004<br>(605) 335-8586 |
| APPELLEE:<br>Murphy Brothers | ATTORNEY FOR APPELLEE:<br>James C. Robbennolt<br>505 West Ninth St., Ste. 101<br>Sioux Falls, SD 57104<br>(605) 336-6775 |
| APPELLEE:<br>Murphy Brothers | ATTORNEY FOR APPELLEE:<br>Jeffrey B. Moorhouse<br>Califf & Harper, P.C.<br>PO Box 719<br>Moline, IL 61266-0719 |
| APPELLEE:<br>Murphy Brothers | ATTORNEY FOR APPELLEE:<br>Franklin S. Mitvalsky<br>Califf & Harper, P.C. |

PO Box 719
Moline, IL 61266-0719

Send notice of entry to the following parties who are not actual parties to the appeal, but are interest parties:

Trustee John S. Lovald
PO Box 66
Pierre, SD 57501