UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

*****************************************************************************
                                                             *

| | | |
|---|---|---|
| In re: | * | CIV. 07-CV-1003 |
| TRI-STATE ETHANOL COMPANY, LLC, | * | |
|     Debtor. | * | Bankruptcy No. 03-10194 |
| ****************************************** | | |
| | * | TRUSTEE'S MOTION TO |
| TRI-STATE FINANCIAL, LLC, | * | AMEND HIS |
|     Appellant, | * | DESIGNATION OF RECORD |
| vs. | * | |
| JOHN S. LOVALD, Trustee, and | * | |
| MURPHY BROTHERS, | * | |
|     Appellees. | * | |

*****************************************************************************

       Comes now John S. Lovald, Appellee (hereinafter "Trustee") and moves the Court for an order allowing him to amend his designation of record filed February 22, 2007 in U.S. Bankruptcy Court. At paragraph 10 of Trustee' Designation of Record, it inadvertently provides: "Revised Exhibit 4 from Brief in Support of Trustee's Motion to Approve Settlement with Murphy Brothers (Filed on November 14, 2005 at docket #1623). Upon further review, the Trustee intended to state "Brief in Support of Trustee's Motion to Approve Settlement with Murphy Brothers including Revised Exhibit 4 (Filed on November 14, 2005 at docket #1623)". Appellant will not be harmed by this amendment because the Bankruptcy Clerk's Certificate of Record on Appeal already includes all of docket entry #1623.

1

    Dated:  April 16, 2007.                DOUGHERTY & DOUGHERTY, LLP

                                                  /s/Patrick T. Dougherty
                                                  Patrick T. Dougherty
                                                  P.O. Box 1004
                                                  Sioux Falls, SD 57101-1004
                                                  (605) 335-8586; FAX - (605) 331-2519
                                                  Attorneys for Appellee, John S. Lovald.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that April 16, 2007, a true and correct copy of the foregoing Trustee's Motion to Amend his Designation of Record was served by electronic mail, upon:

- Courtney R. Clayborne
  cclay444@aol.com,katherineyoung@clsglawoffice.com

- Frank S. Mitvalsky
  fmitvalsky@califf.com

- Jeffrey B. Moorhouse
  jmoorhouse@califf.com

- James C. Robbennolt
  k_derycke@hotmail.com,cmrobb@sio.midco.net

- U.S. Bankruptcy Clerk
  Rick_Entwistle@sdb.uscourts.gov

                                                  /s/ Patrick T. Dougherty
                                                  Patrick T. Dougherty