UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION



FILED
MAY 23 2007

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TRI-STATE FINANCIAL, LLC,

    Appellant,

v.

JOHN S. LOVALD, Trustee, and
MURPHY BROTHERS,

    Appellees.

CIV07-1003

JUDGMENT OF DISMISSAL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    The Court having entered its Order on May 17, 2007, affirming the decisions and orders of the Bankruptcy Court, it is hereby

    ORDERED AND ADJUDGED AND DECREED that this action be, and hereby is, dismissed.

    Dated this 23rd day of May, 2007.

JOSEPH HAAS, Clerk

By: _____
    Deputy Clerk