**FILED**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH DAKOTA
## NORTHERN DIVISION

JUN 1 2 2007

**CLERK**

|  |  |
|---|---|
| IN RE: | Case No. BK03-10194 |
|  | Chapter 7 |
| TRI-STATE ETHANOL COMPANY, LLC, |  |
| Debtor. | Civ. No. 07-1003 |
| TRI-STATE FINANCIAL, LLC, |  |
| Appellant, | Appeal No. _____ |
| vs. |  |
| JOHN S. LOVALD, Trustee, and MURPHY BROTHERS, |  |
| Appellees. |  |

## NOTICE OF APPEAL TO
## UNITED STATES COURT OF APPEALS

**NOTICE IS HEREBY GIVEN** that Tri-State Financial, LLC (sometimes "TSF"), a creditor, holder of equity security, and party-in-interest appeals from all part(s) of the District Court's May 17, 2007, Order and Opinion[1] affirming the Bankruptcy Court's January 22, 2007, Order approving a

---

[1] The District Court's May 17, 2007, Order and Opinion decides three separate appeals from Bankruptcy Court.

settlement between the Chapter 7 Trustee John S. Lovald and Murphy Brothers after having entered earlier interlocutory orders denying TSF's Motion that the Bankruptcy Court recuse itself in all proceedings in which TSF was a party and denying TSF discovery and a hearing on recusal issues.

**NOTICE IS FURTHER HEREBY GIVEN** that this appeal by Tri-State Financial, LLC, is also from any interlocutory orders of the District Court underpinning its May 17, 2007, Order and Opinion, and is also from any interlocutory orders of the Bankruptcy Court underpinning its January 22, 2007, Order. [2]

The parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

James C. Robbenolt, Esq.
Attorney for William F. Murphy Self-Declaration
   of Trust and Mike D. Murphy
505 West 9th St., Suite 101
Sioux Falls, SD 57104

---

[2] Interlocutory underpinning Orders of the Bankruptcy Court include interlocutory orders Denying Tri-State Financial, LLC's Motion for Recusal, Transferring Case for Purpose of Ruling on Motion for Leave to Take Deposition, Order Denying Motion to Take Deposition, Order Denying Motion to Reconsider, Set Aside, Alter and/or Amend Orders; Order Striking Motion to Reconsider, Alter and/or Amend Orders, and Order to Set Deadlines.

Franklin S. Mitvalsky, Esq.
Jeffrey B. Moorhouse, Esq.
Attorney for William F. Murphy Self-Declaration
    of Trust and Mike D. Murphy
506 15th St., Suite 600
P.O. Box 719
Moline, IL 61265

William G. Taylor, Jr., Esq.
Attorney for Trustee John S. Lovald
Post Office Box 5027
Sioux Falls, South Dakota 57117-5027

John S. Lovald, Esq.
Chapter 7 Trustee
Post Office Box 66
Pierre, South Dakota 57501

Dated this _12_ day of June, 2007.

                              TRI-STATE FINANCIAL, LLC,
                              Appellant

                              By: _____
                                  Courtney R. Clayborne
                              Of CLAYBORNE, LOOS, STROMMEN, &
                                  GUSINSKY, LLP
                                  2834 Jackson Blvd., Suite 201
                                  P.O. Box 9129
                                  Rapid City, SD 57702
                                  Phone #605-721-1517
                                  Fax #605-721-1518
                                  Email:  cclay444@aol.com

DOCS/777378.2