# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**FILED**
MAY 16 2008
CLERK

---

No: 07-2430

---

Tri-State Financial, LLC,

Appellant

v.

John S. Lovald; Murphy Brothers,

Appellees

---

No: 07-2433

---

Tri-State Financial, LLC,

Appellant

v.

Robert E. Hayes; Davenport,
Evans, Hurwitz & Smith,

Appellees

---

Appeal from U.S. District Court for the District of South Dakota
(1:06-cv-01040-CBK)
(1:07-cv-01003-CBK)

---

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

May 13, 2008

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans